860

No. 108, Misc. STEVENSON *v.* WARDEN, ERIE COUNTY JAIL. C. A. 2d Cir. Certiorari denied.

No. 111, Misc. HEGG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.

No. 112, Misc. HERNANDEZ *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Rose-Marie Gruenwald,* Deputy Attorney General, for respondent.

No. 113, Misc. BERRY *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 114, Misc. ALBERTI *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Anthony F. Marra* for petitioner. *Frank S. Hogan* for respondent.

No. 115, Misc. MARQUARDT *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. Petitioner *pro se. Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Charles B. Swanner* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 118, Misc. SPEARS *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.